640

No. 156. SOUTHERN SHIPYARD CORP. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs Louis Titus, Frank Healy,* and *Charles L. Frailey* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 159. UNITED STATES *v.* PITT. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. H. Brian Holland* for the United States. *Messrs. George A. King, George R. Shields,* and *Herman J. Galloway* for respondent.

No. 160. F. T. DOOLEY LUMBER CO. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. F. E. Hagler* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, Hayner N. Larson,* and *Erwin N. Griswold* for the United States.

No. 164. LONG ET AL. *v.* STITES ET AL.; and
No. 165. DEERING ET AL. *v.* SAME. October 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Greenberry Simmons* and *Horace M. Barker* for petitioners. *Mr. Allen P. Dodds* for respondents.

No. 167. WHITAKER ET AL. *v.* ALAMEDA COUNTY HOME INVESTMENT CO. October 9, 1933. Petition for writ of